1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ESTATE OF KOREY UNTI, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF HAZEL UNTI RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| CITY OF ATWATER, et al., | |
| Defendants. | |

I, Hazel Unti, do declare and say:

1.      I submit the following declaration concerning my status as a successor-in-interest to Korey Unti, pursuant to section 377.32 of the California Code of Civil Procedure.

2.      Korey Unti was born on _____█████ 1986_____, in the ___Merced, California___.

3.      No proceeding is now pending in California for administration of the estate of Korey Unti.

4.      I am a successor-in-interest to Korey Unti (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of Korey Unti. Korey Unti has no legal spouse or issue.

5.      No other person has a superior right to commence this action or proceeding, or to be substituted for Korey Unti in this pending action or proceeding.

6.      A true and correct copy of the death certificate of Korey Unti is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April _5_, 2024, at Merced, California.

_____
Hazel Unti

---

**DECLARATION OF HAZEL UNTI RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Unti v. City of Atwater*, United States District Court, Eastern District of California, Case No. _____

# COUNTY of MERCED
## HEALTH DEPARTMENT
### MERCED, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS, OR ALTERATIONS
VS-11 (REV. 3/96)

STAFF FILE NUMBER: 3052023180285  
LOCAL REGISTRATION NUMBER: 3202324000981

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given): KOREY | 2. MIDDLE: JAMES | 3. LAST (Family): UNTI |
|---|---|---|

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):  
4. DATE OF BIRTH (mm/dd/ccyy): 1986 — 5. AGE Yrs: 36 — IF UNDER ONE YEAR Months / IF UNDER 24 HOURS Hours Minutes — 6. Sex: M

9. BIRTH STATE/FOREIGN COUNTRY: CA  
10. SOCIAL SECURITY NUMBER:  
11. EVER IN U.S. ARMED FORCES? No [X]  
12. MARITAL STATUS/SRDP (at Time of Death): NEVER MARRIED  
7. DATE OF DEATH (mm/dd/ccyy): 08/13/2023  
8. HOUR (24 Hours): 1951

13. EDUCATION – Highest Level/Degree: 10  
14/15. WAS DECEDENT HISPANIC/LATINO/a/o SPANISH? [X] No — if no/X checked (on back): 13  
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): WHITE

17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED: BUSINESS OWNER  
18. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc.): CONSTRUCTION  
19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number or location): 2505 COUNTRY DRIVE  
21. CITY: MERCED — 22. COUNTY/PROVINCE: MERCED — 23. ZIP CODE: 95340 — 24. YEARS IN COUNTY: 36 — 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: HAZEL ELMIRA UNTI, MOTHER  
27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip): MERCED, CA 95340

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME)

| 31. NAME OF FATHER/PARENT—FIRST: CARLTON | 32. MIDDLE: LEE | 33. LAST: UNTI, SR | 34. BIRTH STATE: CA |
|---|---|---|---|
| 35. NAME OF MOTHER/PARENT—FIRST: HAZEL | 36. MIDDLE: ELMIRA | 37. LAST (BIRTH NAME): GILBERT | 38. BIRTH STATE: CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE (mm/dd/ccyy): 09/02/2023  
40. PLACE OF FINAL DISPOSITION: MERCED DISTRICT CEMETERY  
1300 B STREET, MERCED, CA 95341

41. TYPE OF DISPOSITION(S): BURIAL  
42. SIGNATURE OF EMBALMER: ▶ WILLIAM B HANSEN  
43. LICENSE NUMBER: EMB7776

44. NAME OF FUNERAL ESTABLISHMENT: STRATFORD EVANS MERCED FUNERAL HOME  
45. LICENSE NUMBER: FD538  
46. SIGNATURE OF LOCAL REGISTRAR: ▶ SALVADOR SANDOVAL, MD  
47. DATE (mm/dd/ccyy): 08/18/2023

**PLACE OF DEATH**

101. PLACE OF DEATH: IN FRONT OF AN APARTMENT COMPLEX BUSINESS OFFICE  
102. IF HOSPITAL SPECIFY ONE: [ ] IP [ ] OP [ ] DOA  
103. IF OTHER THAN HOSPITAL SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other

104. COUNTY: MERCED — 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location): 2870 CREST ROAD — 106. CITY: ATWATER

**CAUSE OF DEATH**

107. CAUSE OF DEATH  
IMMEDIATE CAUSE (Final disease or condition resulting in death): (A) GUNSHOT WOUNDS OF BACK  
Time interval between onset and death: SECS  

Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST:  
(B), (C), (D)

108. DEATH REPORTED TO CORONER? [X] Yes — Case number: 23-33426  
109. BIOPSY PERFORMED? [ ] Yes  
110. AUTOPSY PERFORMED? [X] Yes  
111. USED IN DETERMINING CAUSE? [ ]

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date): NO  
114. IF FEMALE... [ ]

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.  
Deceased Attended Since / Deceased Last Seen Alive  
115. SIGNATURE AND TITLE OF CERTIFIER  
116. LICENSE NUMBER — 117. DATE (mm/dd/ccyy)  
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.  
120. MANNER OF DEATH: [ ] Natural [X] Homicide [ ] Suicide [ ] Accident [ ] Pending Investigation [ ] Could not be determined  
120. INJURED AT WORK? [ ] Yes [X] No [ ] UNK  
121. INJURY DATE (mm/dd/ccyy): 08/13/2023  
122. HOUR (24 Hours): 1928

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.): OTHER IN FRONT OF AN APARTMENT COMPLEX BUSINESS OFFICE

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury): THE DECEDENT POINTED A FIREARM AT A PATROL OFFICER AS HE RAN FROM THE OFFICER AFTER AN ATTEMPTED TRAFFIC STOP

125. LOCATION OF INJURY (Street and number or location, and city and zip): 2870 CREST ROAD, ATWATER, CA 95301

126. SIGNATURE OF CORONER / DEPUTY CORONER: ▶ JOHN D ARGUELLES  
127. DATE (mm/dd/ccyy): 08/15/2023  
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: JOHN D ARGUELLES, DEP CORONER

**STATE REGISTRAR** | A | B | C | D | E | | FAX AUTH # | CENSUS TRACT



\* 9 9 9 2 7 8 6 9 8 \*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  
COUNTY OF MERCED } ss    DATE ISSUED 05/13/2024

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

*Salvador Sandoval* MD MPH  
Dr. Salvador Sandoval MD, MPH  
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.
PRINCO (Rev) 1270
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE