# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KOREY UNTI, et al., | Case No. 1:24-cv-00758-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER |
| v. | (ECF No. 11) |
| CITY OF ATWATER, et al., | |
| Defendants. | |

Plaintiffs initiated this action on July 1, 2024. (ECF No. 1.) On November 19, 2024, the Court issued a scheduling order. (ECF No. 10.) Pursuant to the scheduling order, the deadline to file any motion or stipulation requesting leave to amend the pleadings is set for February 17, 2025. (Id. at 2.)

On January 2, 2025, the parties filed a stipulated motion for a thirty day extension of time to respond to outstanding discovery pursuant to Local Rule 144. (ECF No. 11.) Plaintiffs represent that they do not oppose the extension of time to February 3, 2025 provided that they receive an additional thirty days to file a first amended complaint. The parties stipulate that Plaintiffs shall have until March 5, 2025, to file an amended complaint.

Given March 5, 2025 is past the current February 17, 2025 deadline to amend the pleadings, the Court construes the parties' stipulation as a motion to modify the scheduling order. This is the parties' first request to amend the scheduling order. The Court finds good cause

exists to grant the parties' requested relief.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 11) is GRANTED;

2. Defendants shall respond to Plaintiffs' discovery requests served on November 1, 2024 no later than **February 3, 2025**;

3. The deadline to file a motion or stipulation to amend the pleadings is **March 5, 2025**; and

4. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **January 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge