# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KOREY UNTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATWATER, et al., <br><br> Defendants. | Case No. 1:24-cv-00758-JLT-SAB <br><br> ORDER RE STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE <br><br> (ECF No. 16) |

Before the Court is the parties' stipulation for a referral and settlement conference before the Hon. Erica P. Grosjean. While the parties have included a stipulation to a conference date of September 3, 2025, at 10:30 a.m., this calendaring request must go before Judge Grosjean following entry of this referral. Otherwise, for good cause shown, the Court hereby approves the stipulation and ORDERS that:

1. This matter is REFERRED to the Hon. Judge Erica P. Grosjean for purposes of scheduling and conducting a settlement conference; and

2. Within **seven (7) days** of the settlement conference, the parties shall file a joint status report regarding the status of this matter.

IT IS SO ORDERED.

Dated:  **May 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge