# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KOREY UNTI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF ATWATER, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00758-JLT-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 24) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline:      January 30, 2026
2. Expert Disclosure Deadline:      March 30, 2026
3. Supplemental Expert Disclosure Deadline:      April 30, 2026
4. Expert Discovery Deadline:      May 19, 2026

IT IS SO ORDERED.

Dated: **October 23, 2025**

STANLEY A. BOONE  
United States Magistrate Judge