# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KOREY UNTI, et al., | Case No. 1:24-cv-00758-JLT-SAB |
| Plaintiffs, | ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| CITY OF ATWATER, et al., | (ECF No. 26) |
| Defendants. | |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order. (ECF No. 26.) It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation. The Court ORDERS that the following deadlines are modified in the scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | April 2, 2026 |
| Expert Disclosures: | April 16, 2026 |
| Supplemental Expert Disclosures: | April 30, 2026 |
| Expert Discovery Cut-Off: | May 19, 2026 |

The scheduling order (ECF No. 10) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __**January 29, 2026**__

STANLEY A. BOONE
United States Magistrate Judge