# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KOREY UNTI, et al., | Case No. 1:24-cv-00758-JLT-SAB |
| Plaintiffs, | ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| CITY OF ATWATER, et al., | (ECF No. 28) |
| Defendants. | |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order.  (ECF No. 26.)  It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation.  The Court ORDERS that the following deadlines are modified in the scheduling order:

| | |
|---|---|
| Expert Disclosures: | April 30, 2026 |
| Supplemental Expert Disclosures: | May 15, 2026 |
| Expert Discovery Cut-Off: | May 29, 2026 |

The scheduling order (ECF No. 10) otherwise remains controlling.

IT IS SO ORDERED.

Dated:　**March 26, 2026**　　　　　　　　　　　　　　　　

STANLEY A. BOONE
United States Magistrate Judge