LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No. 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com
mahoney@longyearlaw.com

Attorneys for Defendants,
City of Atwater, Atwater Police Department,
Michael Salvador, and Levi Crain

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION**

| | |
|---|---|
| ESTATE OF KOREY UNTI and HAZEL UNTI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ATWATER, ATWATER POLICE DEPARTMENT, MICHAEL SALVADOR, and LEVI CRAIN,<br><br>Defendants. | Case No.: 1:24-CV-00758-JLT-SAB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE SCHEDULING ORDER** |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through counsel, stipulate to and hereby respectfully request a modification of this Court's scheduling order. Pursuant to the Court's operative Scheduling Order (ECF No. 10), the current schedule includes the following deadlines:

- Pre-Trial Conference: October 26, 2026
- Trial: February 2, 2027

Considering the Court's heavy caseload and Defendants' pending motion for summary judgment, the parties request that the foregoing deadlines be vacated and reset to trail the Court's ruling on Defendants' motion for summary judgment. Thus, the parties propose the following schedule:

- Pre-Trial Conference: 60 days after the Court issues its ruling on Defendants' motion for summary judgment, or a date convenient to the Court, whichever is later.
- Trial: 60 days after the parties' Pre-Trial Conference, or a date convenient to the Court, whichever is later.

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609.

On June 5, 2026, Defendants filed a motion for summary judgment, or in the alternative, summary adjudication ("Motion"). (ECF No. 30.) Plaintiffs opposed Defendants' Motion on June 16, 2026. (ECF No. 33.) Defendants filed their reply on June 26, 2026. (ECF No. 35.) On June 30, 2026, the Court issued a minute order advising the parties of its judicial resource emergency and stating that Defendants' Motion would be decided on the papers. (ECF No. 36.) The Court warned that it would likely take *at least* six months to rule on Defendants' Motion. (*Id.*) Nevertheless, the parties remain cognizant of the deadlines imposed under the Court's initial scheduling order. (*See* ECF No. 10.) Pursuant to that initial order, a pre-trial conference has been set for October 26, 2026, and trial is scheduled to begin on February 2, 2027. (*Id.*) The parties submit this request to reconcile the operative scheduling order with the Court's anticipated timeline for ruling on Defendants' Motion. For this reason, good cause exists to vacate the pre-trial conference date, trial date, and all related court deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 8, 2026

LONGYEAR, LAVRA & CAHILL, LLP

By: /s/ Alexander Mahoney
VAN LONGYEAR
NICOLE M. CAHILL
ALEXANDER MAHONEY
Attorneys for Defendants,
City of Atwater, Atwater Police Department,
Michael Salvador, and Levi Crain

Dated: October 8, 2026

LAW OFFICE OF MARK E. MERIN

By: /s/ Paul H. Masuhara [as authorized 10-7-26]
MARK E. MERIN
PAUL H. MASUHARA
Attorneys for Plaintiffs,
Estate of Korey Unti and Hazel Unti

**[~~PROPOSED~~] ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 10) is GRANTED.

The relevant deadlines are ordered as follows:

- Pre-Trial Conference: 60 days after the Court issues its ruling on Defendants' motion for summary judgment, or a date otherwise ordered by the Court.
- Trial: 60 days after the parties' Pre-Trial Conference, or a date otherwise ordered by the Court.

DATED: October 9, 2026

Hon. Jennifer L. Thurston
United States District Judge